1

2

3

4

5             IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    In re GFI COMMERCIAL MORTGAGE LLP,          No. C 12-05241 SI

9                        Debtor.                 **JUDGMENT**

10   _____/

11   CLASS B LIMITED PARTNER COMMITTEE,

12            Appellant,

13     v.

14   JOHN F. SAMPSON, Liquidator,

15            Appellee.

16   _____/

17        The Court has affirmed the orders of the bankruptcy court.  *See* Docket No. 24.  Judgment is

18   hereby entered accordingly.

19        **IT IS SO ORDERED AND ADJUDGED.**

20

21   Dated: August 29, 2013

22                                               SUSAN ILLSTON
                                                 United States District Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California