**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GFI COMMERCIAL MORTGAGE LLP, | No. C 12-05241 SI |
| Debtor. | **JUDGMENT** |
| _____/ | |
| CLASS B LIMITED PARTNER COMMITTEE, | |
| Appellant, | |
| v. | |
| JOHN F. SAMPSON, Liquidator, | |
| Appellee. | |
| _____/ | |

The Court has affirmed the orders of the bankruptcy court. *See* Docket No. 24. Judgment is hereby entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 29, 2013

SUSAN ILLSTON
United States District Judge